No. 561. GOTTFRIED ET AL. *v.* UNITED STATES; and

No. 562. GOTTFRIED ET AL. *v.* UNITED STATES, *ante,* p. 860. Rehearing denied.

No. 618. REEDER *v.* BANKS ET AL., *ante,* p. 858. Rehearing denied.

No. 622. WESTERN UNION TELEGRAPH Co. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR, *ante,* p. 862. Rehearing denied.